

# Fourth Court of Appeals
## San Antonio, Texas

November 14, 2022

No. 04-22-00364-CR

Kenneth **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR4751
Honorable Stephanie R. Boyd, Judge Presiding

# O R D E R

Appellant's brief was originally due by September 7, 2022, and on September 6, 2022, appellant requested a thirty-day extension of time. We granted appellant's motion and ordered his brief due by October 7, 2022. On October 6, 2022, appellant filed a second motion requesting an additional thirty-day extension of time. We granted appellant's motion, ordered his brief due by November 7, 2022, and advised counsel further extensions of time would be disfavored absent extraordinary circumstances. On November 7, 2022, appellant filed a third motion requesting a thirty-day extension of time. After consideration, we **grant** the motion and **order** appellant to file his brief **by December 7, 2022.** Counsel is advised if he fails to file a brief by the date ordered, we will abate this appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned the appeal. Counsel may further be ordered to appear before this court to show cause why he should not be held in contempt or otherwise sanctioned for failing to comply with this court's order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of November, 2022.



Michael A. Cruz,
Clerk of Court